UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DERICK CORDOVA,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　Case No: 5:21-cv-329-WFJ-PRL

WARDEN, FCC COLEMAN II,

    Respondent.
_____/

**ORDER**

    THIS CAUSE is before the Court on Petitioner Derick Cordova's petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). On July 13, 2021, the Court ordered Petitioner to file an amended petition using the Court's form within twenty-one days of the Order. (Doc. 3). Petitioner was warned that the failure to comply could result in the dismissal of the case without further notice. *Id*. To date, Petitioner has failed to comply.

    Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. This case is **DISMISSED** without prejudice.

    2. The Clerk of Court shall enter judgment and close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 2, 2021.

                                                WILLIAM F. JUNG
                                              UNITED STATES DISTRICT JUDGE

Copies: Pro Se Party